LAWRANCE A. BOHM, (SBN 208716)
ATTORNEY AT LAW
2121 Natomas Crossing Drive
Suite 200-251
Sacramento, CA 95834
Bohmlaw@yahoo.com
(916) 595-2908
FAX (916) 265-5665

Attorney for Plaintiff
DONILEE SALAZAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONILEE SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC., and DOES 1-100, inclusive,<br><br>    Defendant. | Case No.  1:05 CV 00936 AWI-LJO<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO TRANSFER VENUE TO SACRAMENTO AND ORDER** |

   Plaintiff, DONILEE SALAZAR, respectfully submits the instant Ex Parte Application to Transfer Venue of the above captioned matter to the Sacramento Division of the United States District Court, Eastern District of California.

   Plaintiff hereby requests the transfer of this matter to Sacramento due to human error in the submission of this matter via the CM/ECF system which inexplicably designated this case as a Fresno matter.  As indicated on the Civil Case Cover Sheet filed in conjunction with the Complaint, Plaintiff intended to have this matter heard in the Sacramento division.  Both Plaintiff and Defendant would suffer undue economic and temporal expense if this matter were permitted to proceed in the Fresno division as Counsel for Plaintiff is located in Sacramento and counsel for Defendant is located in San Francisco.

Plaintiff's counsel only learned of the erroneous assignment of this matter to the Fresno division on Friday, August 19, 2005 when he was following up on his failure to receive an electronic copy of the summons and new case documents after filing the matter.  During consultation with the Clerk in the Sacramento Division, Plaintiff's counsel was advised to rectify the incorrect venue as herein presented.

WHEREFORE, Plaintiff respectfully requests that this matter be transferred to the Sacramento division for issuance of a proper Summons and new case documents.

Dated: August 25, 2005                    Respectfully Submitted,


                                          /s/ Lawrance A. Bohm
                                          _____
                                          Lawrance A. Bohm, Esq.
                                          Attorney for Plaintiff

2

**ORDER**

Having read and considered the above Application, and good cause appearing, therein,

IT IS HEREBY ORDERED that the venue of this matter shall be transferred to the Sacramento Division of the United States District Court, Eastern District of California.

IT IS SO ORDERED.

**Dated:   August 26, 2005**              /s/ Anthony W. Ishii

0m8i78                         UNITED STATES DISTRICT JUDGE