IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONILEE SALAZAR, ) | |
| ) | 2:05-cv-1745-GEB-KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER RE:  SETTLEMENT |
| ) | AND DISPOSITION |
| MARRIOTT'S TIMBER LODGE, ) | |
| ) | |
| Defendant. ) | |

On May 10, 2006, Defendant filed a Notice of Settlement in which he states "the . . . matter has settled and the parties have executed a settlement agreement."  In accordance with the provisions of Local Rule 16-160, a dispositional document is to be filed within twenty (20) days of the date on which this Order is filed.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

/////

/////

/////

/////

/////

1

A status conference is scheduled for July 17, 2006, in the event that no dispositional document is filed, or if this action is not otherwise dismissed. Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  May 11, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference is scheduled because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. <u>Cf. Callie v. Near</u>, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2